Commonwealth *v.* Lilley, Appellant.

Argued April 9, 1974. *Simon B. John,* Assistant Public Defender, with him *John F. Wagner, Jr.,* Assistant Public Defender, for appellant; *William Radcliffe,* with him *Lawrence D. McDaniel,* Acting District Attorney, and *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.